**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1233**

_____

JOHN G. SINGLETARY, JR.; CARLA C. SINGLETARY,

Plaintiffs - Appellants,

v.

CITY OF NORTH CHARLESTON; CITY OF NORTH CHARLESTON ZONING
DEPARTMENT; CITY OF NORTH CHARLESTON ZONING BOARD OF APPEALS;
CITY OF NORTH CHARLESTON LEGAL DEPARTMENT; R. KEITH SUMMEY, City
of North Charleston Mayor; DARBIS BRIGGMAN, City of North
Charleston Chief Building Official; WILLIAM B. GORE, Zoning
Director; RICK WILLIAMS, Building Inspector; ADRIENNE WILLIAMS,
Secretary Zoning Board of Appeals; DONALD SCHAEFFER, ZBA Vice
Chairman and May 5, 2009 Acting ZBA Chair; MARY COHEN, Zoning
Inspector,

Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Margaret B. Seymour, District
Judge.  (2:09-cv-01612-MBS-BM)

_____

Submitted:  July 28, 2011              Decided:  August 1, 2011

_____

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

John G. Singletary, Jr.; Carla C. Singletary, Appellants Pro Se.
Robin Lilley Jackson, Stephanie Pendarvis McDonald, Sandra Jane
Senn, SENN, MCDONALD & LEINBACK, LLC, Charleston, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John G. Singletary, Jr., and Carla C. Singletary seek to appeal from various text orders entered by the magistrate judge in their 42 U.S.C. § 1983 (2006) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders sought to be appealed are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3